UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE BRICKLAYERS
PENSION TRUST FUND – METROPOLITAN
AREA, *et al.*,

    Plaintiffs,

v.

B & B QUALITY CONSTRUCTION
SERVICES, LLC, a Michigan limited
liability company, MANSA BEY, an
individual, and DARRELL BYRD, an
individual, jointly and severally,

    Defendants.
_____/

Case No. 18-10189

HON. GEORGE CARAM STEEH

ORDER GRANTING PLAINTIFFS' MOTION TO SHOW CAUSE
(DOC. 29) AND ORDERING MANSA BEY AND DARRELL BYRD TO
APPEAR BEFORE THE COURT TO SHOW CAUSE WHY
THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT

    Plaintiffs seek an order to show cause why Defendants should not be held in contempt of court for failing to appear for a creditor's examination and for failing to produce subpoenaed documents. A default judgment was entered in this matter on September 6, 2018. Plaintiffs issued subpoenas to Defendants Mansa Bey and Darrell Byrd to appear for post-judgment depositions on September 27, 2018, and to produce documents. Defendants neither attended the scheduled depositions nor produced the

- 1 -

requested documents. Defendants have also not responded to Plaintiffs' motion for an order to show cause.

Pursuant to Federal Rule of Civil Procedure 45(g), the court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." In accordance with this rule, Defendants shall appear before the court to explain their failure to comply with the subpoenas and show cause why they should not be held in civil contempt.

Therefore, IT IS HEREBY ORDERED that Plaintiffs' motion for an order to show cause (Doc. 29) is GRANTED.

IT IS FURTHER ORDERED that Mansa Bey and Darrell Byrd SHALL APPEAR before the court on **February 12, 2019, at 11:30 a.m.** to SHOW CAUSE why they should not be held in civil contempt.

Dated: January 22, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 22, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk